UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                              CASE NO.:  13-16699-BKC-LMI
                                                    Chapter 7
**RAMON GONZALEZ**
SSN: XXX-XX-9337
_____Debtor._____/

**TRUSTEE, JOEL L. TABAS' OBJECTION TO DEBTOR'S SCHEDULED
VALUATION AND CLAIMED EXEMPTION OF SCHEDULED PROPERTY**

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Ramon Gonzalez (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 522, 541 and 542, and Federal Rule of Bankruptcy Procedure 4003, files this Objection to Debtor's Scheduled Valuation and Claimed Exemption of Scheduled Property (the "Objection"), and in support thereof, states as follows:

1.      This case commenced as a Chapter 7 proceeding on March 26, 2013.

2.      The § 341 Meeting of Creditors was scheduled and held on April 29, 2013.

3.      Accordingly, the last day for the Trustee to object to the Debtor's claimed exemptions is May 29, 2013.

4.      The Trustee objects to the scheduled valuation and claimed exemption of all property, claimed as exempt by the Debtor, including, but not limited to, the following scheduled property:

   a.  2002 Chevrolet Express 2500 3D Cargo Van, with a scheduled value of $1,200.00, and a NADA Retail value of $6,300.00; and

   b.  2002 Chevrolet Trailblazer 4D SUV L5, with a scheduled value of $2,500.00, and a NADA Retail value of 6,275.00.

5.      The Trustee objects to the extent that the actual Petition Date fair market value of said property, when combined with the Debtor's other non-exempt assets, causes

CASE NO.: 13-16699-BKC-LMI

the Debtor to exceed the available $5,000.00 per person personal property exemption, and the $1,000.00 per person vehicle exemption under Florida law, or to the extent that any claimed exempt property was converted from non-exempt assets in derogation of Fla. Stat. §§ 222.29 and 222.30, and any other applicable law.

6.    The non-exempt property is property of the Estate pursuant to 11 U.S.C. §541 and subject to turnover pursuant to 11 U.S.C. § 542.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Ramon Gonzalez, respectfully requests this Honorable Court enter an Order (1) sustaining the instant Objection, and (2) granting such other and further relief this Court deems just and proper.

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on May 22, 2013, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Ramon Gonzalez
191 NW 97th Avenue, #323
Miami, FL 33172

Respectfully submitted,

/s/ Nicole Shacket
Nicole Shacket
Fla. Bar No. 87789
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - Penthouse
Miami, Florida 33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
E-mail: nshacket@tabasfreedman.com