UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          CASE NO.: 13-16699-BKC-LMI
                                                                Chapter 7
**RAMON GONZALEZ**
SSN: XXX-XX-9337
　　　Debtor.　　　　　　　　　/

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING
AND COMPLIANCE WITH LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that I have contacted, or will contact prior to any hearing, counsel for all adverse parties to attempt to resolve the matter without a hearing, as required by LR 9073-1(D), and that a true and correct copy of the **Notice of Hearing (ECF 21) on Trustee, Joel L. Tabas' Objection to Debtor's Scheduled Valuation and Claimed Exemption of Scheduled Property (ECF 20)** was served on May 28, 2013, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the Debtor:

Ramon Gonzalez
191 N.W. 97th Avenue, #323
Miami, FL 33172

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Nicole Shacket　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　Nicole Shacket
　　　　　　　　　　　　　　　　　　　Fla. Bar No. 87789
　　　　　　　　　　　　　　　　　　　Tabas, Freedman, Soloff, Brown & Rigali, P.A.
　　　　　　　　　　　　　　　　　　　Attorneys for Trustee, Joel L. Tabas
　　　　　　　　　　　　　　　　　　　One Flagler Building
　　　　　　　　　　　　　　　　　　　14 Northeast First Avenue - Penthouse
　　　　　　　　　　　　　　　　　　　Miami, Florida 33132
　　　　　　　　　　　　　　　　　　　Telephone:  (305) 375-8171
　　　　　　　　　　　　　　　　　　　Facsimile:  (305) 381-7708
　　　　　　　　　　　　　　　　　　　NShacket@tabasfreedman.com